Thomas Rourke, Respondents.— Judgment of the County Court affirmed, with costs. All concurred.

The People of the State of New York ex rel. Port Morris Land and Improvement Company v. Martin H. Glynn, as Comptroller of the State of New York.— Determination of Comptroller confirmed, with fifty dollars costs and disbursements. All concurred, except Houghton, J., dissenting.

Allen G. Peckham, as Executor, etc., of Frances A. Burt, Deceased, Appellant, v. Jeremiah Dwyer, Respondent, Impleaded with Mary Dwyer and Agnes King.— Order affirmed, with ten dollars costs and disbursements. All concurred, except Smith, P. J., and Houghton, J., dissenting.

The People of the State of New York, Respondent, v. Clarence Pope and Others, Appellants.— Judgment of conviction affirmed. All concurred; Sewell, J., not sitting.

John Schofield, Appellant, v. Fonda Glove Lining Company, Respondent.— Judgment unanimously affirmed, with costs.

William H. Sickles, Respondent, v. Village of Green Island, Appellant. — Judgment and order unanimously affirmed, with costs.

Clinton W. Sweet, Appellant, v. John M. Cahill, Respondent.— Orders affirmed, with ten dollars costs on one order and disbursements. All concurred.

Texla Sas, Respondent, v. Cohoes Savings Institution, Appellant.— Judgment and order unanimously affirmed, with costs.

Harry A. Sheldon, Appellant, v. Arthur MacArthur, as County Treasurer of Rensselaer County, and Others, Respondents.— Order affirmed on opinion of Chester, J., at Special Term (reported in 73 Misc. Rep. 575), with costs to defendants, other than the county treasurer, against the plaintiff. All concurred.

Wheaton H. Schoonmaker, Appellant, v. Ernest L. Gray and Lavern C. Vandevort, as Executors, etc., of Palmer R. Wheaton, Deceased, Respondents.— Judgment unanimously affirmed, with costs.

Watson Wagon Company, Appellant, Respondent, v. Board of Water Commissioners of the Village of Canastota and Others, Respondents, Appellants.— Judgment unanimously affirmed, without costs.

---

## FIRST DEPARTMENT, JANUARY, 1912.

In the Matter of the Application of the NEW YORK CITY INTERBOROUGH RAILWAY COMPANY, Appellant, for a Peremptory Writ of Mandamus Directed to DANIEL MOYNAHAN, as Collector of Assessments and Arrears of the City of New York, Respondent.

*Tax — special franchise — street railway — canceling tax.*

Appeal from an order entered in the New York county clerk's office on the 30th day of March, 1911.

Order affirmed, with ten dollars costs and disbursements, upon the opinion of Gerard, J., at Special Term.

The following is the opinion of the Special Term: